# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

NICKULIS GILLIS,
Inmate No. M33752,

    Plaintiff,

v.                        CASE NO. 5:17cv308/MCR/EMT

APALACHEE CORRECTIONAL
INSTITUTION MEDICAL
DEPARTMENT, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 4, 2018. ECF No. 14. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This cause is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** this 2nd day of July 2018.

       *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**